UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES WILLIAMS, ET AL., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| VS. | )   Civil Action No:  SA-15-CA-836-XR |
| | ) |
| BLT LOGISTICS, AT AL., | ) |
| | ) |
|    Defendants, | ) |
| | ) |

**ORDER**

The Defendant has informed the Court that the parties have reached a settlement.  To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **October 20, 2016**.  *See* FED. R. CIV. P. 41.  Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.  All pending motions, including specifically docket numbers 49 and 57, are DISMISSED AS MOOT without prejudice to re-urging should the settlement not be finalized.

    It is so ORDERED.

    SIGNED this 20th day of September, 2016.

                                                          XAVIER RODRIGUEZ
                                                          UNITED STATES DISTRICT JUDGE