IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, CHRISTI WILLIAMS, and SHELBY WILLIAMS<br><br>*Plaintiffs*<br><br>VS.<br><br><br>BLT LOGISTICS, INC. and GURMINDER SINGH BAHY<br><br>*Defendants* | § § § § § § § § § § § § § § | Civil Action No. 5:15-cv-836-XR<br><br>JURY DEMANDED |

## STIPULATION OF DISMISSAL FOR ALL CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

Come now James Williams, Christi Williams, and Shelby Williams, Plaintiffs in the above-entitled and numbered cause ("Plaintiffs"), and file this Stipulation of Dismissal for all Claims, and would show the Court as follows:

### BACKGROUND FACTS

1.      This lawsuit arises from an auto accident that occurred on October 5, 2014, involving both Plaintiffs' vehicle and Defendants' truck.  Plaintiffs brought suit against BLT Logistics, Inc., and Gurminder Singh Bahy ("Defendants"), alleging personal injuries and damages arising from the accident.

2.      The Plaintiffs and Defendants have reached a settlement in the present case on all claims.  Plaintiffs therefore seek a dismissal of all claims with prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Defendants, as shown by their counsel's signature below, have agreed to the Dismissal, as do all Plaintiffs.

**CONCLUSION AND PRAYER**

ACCORDINGLY, Plaintiffs James Williams, Christi Williams, and Shelby Williams respectfully pray for an Order dismissing all claims brought in the present suit with prejudice against the refiling of same.

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
521 Starr Street
Corpus Christi, Texas 78401
(361) 985-0600 telephone
(361) 985-0601 facsimile

By: ___*/s/ Dale Hicks*_____
    Thomas J. Henry
    State Bar No. 09484210
    Dale Hicks
    State Bar No. 09575430
    dhicks-svc@thomasjhenrylaw.com

**ATTORNEYS FOR PLAINTIFFS**

- AND -

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Bldg. 2, Suite 270
Austin, Texas 78746
(512) 329-3290 telephone
(888) 255-0132 facsimile

By: */s/ Steven B. Loomis*_____
    Steven B. Loomis
    State Bar No. 00793177
    loomis@texasdefense.com

**ATTORNEY FOR DEFENDANTS**